Damion **NEAL**, Appellant,

v.

**STATE of Missouri, Respondent.**

**No. ED 102935**

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: February 23, 2016

Amanda Page, 1010 Market Street, Suite 1100, Saint Louis, MO. 64108, for Appellant.

Dora A. Fichter, P.O. Box 899, Jefferson City, MO. 65102, for Respondent.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J. and Angela T. Quigless, J.

### *ORDER*

## PER CURIAM.

Damion Neal ("Movant") appeals the judgment of the motion court denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. In his sole point on appeal, Movant alleges the motion court clearly erred in denying his motion because trial counsel was ineffective for failing to object to the improper joinder of Movant's offenses.

We find the motion court's findings of fact and conclusions of law are not clearly erroneous and affirm. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).